IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ALPHONSO JAMES,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-843
LT Case No. 1981-CF-000395-B-O

Decision filed October 4, 2022

Appeal from the Circuit Court for
Orange County,
Luis F. Calderon, Judge.

Alphonso James, Sneads, pro se.

Ashley Moody, Attorney General,
Tallahassee, and
Whitney B. Hartless,
Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


COHEN, SASSO and WOZNIAK, JJ., concur.